Order issued: October /8 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01284-CV

### IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-00657-Z**

## ORDER

We **GRANT** the October 15, 2012 second motion for an extension of time to file the reporter's record filed by Glenda Johnson, Official Court Reporter for the 256th Judicial District Court of Dallas County, Texas. Ms. Johnson shall file the reporter's record on or before **October 25, 2012**. We caution Ms. Johnson that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

Before the Court is also appellant's October 15, 2012 motion for an extension of time to file a brief. We **DENY** appellant's motion as premature. Appellant's brief will be due twenty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

CAROLYN WRIGHT
CHIEF JUSTICE